# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. BALES,<br><br>               Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. CV 12-08061-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security and Remanding for an Award of Benefits,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and remanded for an award of benefits in accordance with law and with the Memorandum Opinion and Order.

DATED: July 9, 2013

                                                   */s/ John E. McDermott*
                                                  JOHN E. MCDERMOTT
                                       UNITED STATES MAGISTRATE JUDGE